

**Muriel Goode-Trufant**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

Jenny Weng
Senior Counsel
jweng@law.nyc.gov
Phone: (212) 356-2648

June 25, 2024

**BY ECF**
Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Brisbane v. City of New York, et al., 23 CV 10676 (DLC)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and Assistant Corporation Counsel Luca DiFronzo's supervisor. I write to inform the Court that Mr. DiFronzo is unfortunately on emergency medical leave and therefore the mediation scheduled for June 21, 2024 was not held. This Office sincerely apologizes for any inconvenience this may have caused and respectfully request that (1) mediation be extended for 60 days in order for this Office to reassign this matter and the newly assigned attorney time to get up to speed to fully participate in mediation; and (2) the initial conference scheduled for June 28, 2024 at 11:30 am be adjourned until after mediation has run its course. This is the first request for the extension of the mediation deadline and adjournment of the initial conference. Plaintiff's counsel, Philip Akakwam, consents to these requests.

Thank you for your time and attention to this matter.

Respectfully submitted,

*Jenny Weng*

Jenny Weng
*Senior Counsel*
Special Federal Litigation Division

cc:   ALL COUNSEL (via ECF)

*The conference is adjourned to August 21 at 3:00 pm.*

*/s/ Denise Cote*
*6/25/24*