```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
WAYNE BRISBANE,                           :   23cv10676(DLC)
                                          :
                        Plaintiff,        :   ORDER OF
                -v-                       :   DISCONTINUANCE
                                          :
CITY OF NEW YORK, et al.,                 :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of August 20, 2024, the parties jointly requested to adjourn the conference currently scheduled for August 21, having reached a settlement in principle. It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 19, 2024**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that the conference scheduled for August 21, 2024 is adjourned sine die.

Dated:  New York, New York
        August 20, 2024

_____
DENISE COTE
United States District Judge